# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Barbara Early**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:21-cv-00096-KDB |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security **,** | ) | |
| | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 7, 2022 Order.

June 7, 2022

Frank G. Johns, Clerk
United States District Court